UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

Carol Steele, Jamelle Steele, Shaida Delvalle, and Deandre Delvalle,

                                                Plaintiffs,

              -against-

The City of New York, Police Officer Michael K. Fung, Shield NO. 3755, John Doe #1-8, ,

                                               Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 5753 (FB) (VVP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       April 8, 2015

STOLL GLICKMAN & BELLINA
*Attorneys for Plaintiffs*
475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217

By: _____
Nicholas H. Mindicino
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City and Fung*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Tavish C. DeAtley
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015